IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3056 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BILLY JOE MURPHY, | ) | |
| Defendant. | ) | |

On plaintiff's oral motion, and without objection by the defendant,

IT IS ORDERED that Defendant Murphy's sentencing is continued to Wednesday, December 2, 2009, at 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

October 21, 2009.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge