IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3056 |
| | ) | |
| V. | ) | AMENDED |
| | ) | MEMORANDUM |
| BILLY JOE MURPHY, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

Upon the admission of the defendant that he violated his conditions of release and with the agreement of the lawyers and the probation officer,

IT IS ORDERED that:

(1) Disposition in this matter is continued until Wednesday, August 17, 2016, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(2) The United States Marshals Service shall release the defendant to a representative of the Federal Public Defender's Office as soon as reasonably possible on Monday morning, May 16, 2016. The Federal Public Defender's Office shall coordinate this release with the United States Marshals Service.

(3) The defendant shall enter the The Bridge in Lincoln, Nebraska, and successfully complete the drug rehabilitation and related programs at The Bridge. The defendant shall comply with all the rules, regulations and directives of The Bridge and its employees. The defendant shall not leave The Bridge without the express

permission of The Bridge or Michelle McNamara, the defendant's probation officer.

(4)     If the defendant successfully completes the programs at The Bridge, the defendant shall cooperate with USPO Michelle McNamara regarding a subsequent halfway house placement.

(5)     The defendant shall continue to follow all of the conditions of supervised release that were previously imposed.

(6)     If the defendant leaves The Bridge without permission or is discharged from The Bridge unsuccessfully, the defendant shall immediately surrender to the United States Marshals Service.

(7)     The Clerk of Court shall hand-deliver a copy of this order to the United States Marshals Service.

DATED this 11th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge